IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON JONES,<br>    Plaintiff,<br>  v.<br>E. SCHWARTZ, et al.,<br>    Defendants.<br>_____ / | No. C 14-5280 MEJ (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff Ravon Jones, a state prisoner currently incarcerated at California State Prison – Sacramento (CSP-SAC), filed a <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983 complaining that CSP-SAC staff mishandled his medication.

    The acts complained of in his complaint occurred at CSP-SAC, located in Sacramento County which lies in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. <u>See</u> 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED: December 8, 2014

                                             Maria-Elena James<br>                                             United States Magistrate Judge